IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Roger Schock,                )
                             )
           Plaintiff,        )
                             )
v.                           )   Case No. 07-CV-2182 JTM
                             )
Cereal Ingredients, Inc.,    )
                             )
           Defendant.        )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(A)(ii), the parties submit the following stipulation to the dismissal of Plaintiff's action against Defendant with prejudice to the refiling thereof. The parties state the following:

1. Plaintiff currently has pending his Complaint, which asserts direct claims against Defendant Cereal Ingredients, Inc. arising under the Americans with Disabilities Act, and the Kansas Act Against Discrimination.

2. Having reached a settlement agreement, Plaintiff agrees to dismiss each and every claim asserted against Defendant in his Complaint and Demand for Jury Trial with prejudice to the re-filing thereof. Defendant agrees with this dismissal with prejudice.

WHEREFORE, Plaintiff and Defendant stipulate that the above-captioned case should be dismissed, with prejudice, each party to bear their own costs.

Respectfully Submitted,

**MCKEE & IRELAND, LLC**


| /s/Kimberly J. Ireland | |
|---|---|
| Aaron C. McKee | KS #20889 |
| Kimberly J. Ireland | KS #22016 |

13970 Santa Fe Trail Drive
Lenexa, Kansas 66215
(913) 492-3970
(913) 942-3971 (FAX)

**ATTORNEYS FOR PLAINTIFF
ROGER SCHOCK**

-and-

POLSINELLI SHALTON FLANIGAN,
SUELTHAUS, P.C.


/s/Robert J. Hingula
Eric E. Packel
Robert J. Hingula
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112
Facsimile: (816) 753-1536

**ATTORNEYS FOR DEFENDANT
CEREAL INGREDIENTS, INC.**

2